UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JULIO NEHOMAR ROSA,**

    **Plaintiff,**

v.                                        **Case No.  5:24-cv-2-TKW-MJF**

**FLORIDA DEPARTMENT OF
CORRECTIONS and GRACEVILLE
CORRECTIONAL FACILITY,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b)(1) as malicious and an abuse of the judicial process based on Plaintiff's failure to completely disclose his litigation history.  *See Burrell v. Moore*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history

---

[1] The copy of the Report and Recommendation mailed to Plaintiff was returned as undeliverable by the Post Office so Plaintiff is likely not aware that it was issued.  However, that provides an additional reason for dismissal because Plaintiff was obligated to keep the Court apprised of his current address and his failure to do so amounts to a failure to prosecute.

on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury ….").  Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for maliciousness and abuse of the judicial process under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

3. The Clerk shall enter judgment in accordance with this Oder and close the case file.

**DONE and ORDERED** this 10th day of June, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**